Form G-4

Case 22-06655    Doc 32-1    Filed 07/18/22    Entered 07/18/22 09:44:38    Desc
Statement Accompanying Relief From Stay    Page 1 of 1

**REQUIRED STATEMENT
TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

All Cases:   Debtor(s)  Pamela R. Estes                              Case No. 22-06655    Chapter  13

All Cases:   Moving Creditor  DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR ARGENT SECURITIES INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-W2     Date Case Filed  6/14/2022

Nature of Relief Sought:   ■ Lift Stay    ☐ Annul Stay    ■ Other (describe) Dismissal and Co-Debtor Stay

Chapter 13:    Date of Confirmation Hearing  08/13/2022    or Date Plan Confirmed  _____

Chapter 7:    ☐ No-Asset Report Filed on  _____
              ☐ No-Asset Report not Filed, Date of Creditors Meeting  _____

1. Collateral
   a. ■ Home
   b. ☐ Car   Year, Make, and Model  _____
   c. ☐ Other (describe)  _____

2. Balance Owed as of 07/15/2022   $155,551.34
   Total of all other Liens against Collateral  $0.00

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases)  $90,000.00, per Debtor's Schedules

5. Default
   a. ☐ Pre-Petition Default as of petition date
      Number of months  _____   Amount  _____

   b. ☐ Post-Petition Default
      i. ☐ On direct payments to the moving creditor
         Number of months  _____   Amount  $0.00

      ii. ☐ On payments to the Standing Chapter 13 Trustee
          Number of months  _____   Amount  _____

6. Other Allegations
   a. ■ Lack of Adequate Protection § 362(d)(1)
      i.   ☐ No insurance
      ii.  ☐ Taxes unpaid    Amount  $ _____
      iii. ☐ Rapidly depreciating asset
      iv.  ☐ Other (describe)  _____

   b. ☐ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ■ Other "Cause" § 362(d)(1)
      i.   ☐ Bad Faith (describe)  _____
      ii.  ■ Multiple Filings
      iii. ☐ Other (describe)  _____

   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm    ii. ☐ Redeem    iii. ☐ Surrender    iv. ■ No Statement of Intention Filed

Date:  July 18, 2022                                            /s/ Peter C. Bastianen
                                                                 Counsel for Movant
(Rev. 12/21/09)